1 ERIC J. BENGTSON—BAR NO. 254167
eric@dby-law.com
2 STEVEN B. DIPPELL—BAR NO. 121217
sdippell@dby-law.com
3 **DAVIS, BENGTSON & YOUNG, APLC**
1960 The Alameda, Suite 210
4 San Jose, CA  95126
Phone:    669.245.4200
5 Fax:        408.985.1814

6 Attorneys for Defendant
MATTHEW DOMINGUEZ

**GRANTED**
Judge Virginia K. DeMarchi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANUARY NICOLE VILLAREAL,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF SAN JOSE, MATTHEW DOMINGUEZ, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:22-cv-09152-VKD<br><br>**STIPULATION TO EXTEND TIME TO RE-SUBMIT DISCOVERY DISPUTE LETTER [DKT 38]**<br><br>Re:  Dkt. No. 43 |

The parties, by and through their undersigned counsel of record, stipulate and agree to the following.

1. On December 21, 2023, the court issued an Order re December 8, 2023, Discovery Dispute re Access to Plaintiff's Confidential Medical Records (Dkt. 42) giving the parties until January 5, 2024, to re-submit a letter regarding their dispute, "unless they stipulate to a different date . . . ."

2. Plaintiff's counsel has requested additional time to prepare the Plaintiff's portion of the joint letter, because of the intervening holidays and other commitments.

3. As a result, the parties herewith stipulate, as authorized by the court's December 8 Order, to re-submit their joint dispute letter on or before January 15, 2024.

-2-

DATED: 01/05/2024

**LAW OFFICES OF MORALES & LEANOS**

By /s/ *Jaime A. Leanos*
   Jaime A. Leanos
   Attorneys for Plaintiff
   JANUARY NICOLE VILLAREAL

DATED: 01/05/2024

**DAVIS, BENGTSON & YOUNG, APLC**

By /s/ *Steven B. Dippell*
   Eric J. Bengtson
   Steven B. Dippell
   Attorneys for Defendant
   MATTHEW DOMINGUEZ

DATED: 01/05/2024

**OFFICE OF THE CITY ATTORNEY**

By /s/ *Brian S. Kreger, Sr.*
   Nora Frimann
   Ardell Johnson
   Brian S. Kreger, Sr.
   Wesley Klimczak
   Attorneys for Defendant
   CITY OF SAN JOSE